Mayor and Aldermen of Milledgeville v. Wood.

Little, J.   1. It is apparent from the evidence that the proximate cause of the injury which the plaintiff received was the defective condition of the street, and that the plaintiff in error was negligent in not repairing or protecting the same.

2. There was no error in the rulings, charge, or failure to charge, which requires a reversal of the judgment overruling the motion for a new trial.

*Judgment affirmed.   All the Justices concurring.*

Argued May 17,—Decided August 8, 1900.

Action for damages.   Before Judge Hart.   Baldwin superior court.   July term, 1899.

*Allen & Pottle*, for plaintiff in error.
*Roberts & Hines*, contra.

---

## Howard v. Walker.

Fish, J.   Under the evidence submitted, there was no abuse of discretion in awarding the custody of the children to the mother instead of to the father.        *Judgment affirmed.   All the Justices concurring.*

Submitted July 25,—Decided August 8, 1900.

Habeas corpus.   Before Judge Parks.   City court of Dawson.   April 23, 1900.

*M. C. Edwards Jr.*, for plaintiff.
*Yeomans & Raines*, for defendant.